USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                        :
MITSUI SUMITOMO INSURANCE                               :
COMPANY, LTD.,                                          :
                                                        :
                              Plaintiff,                :           20-CV-8474 (VSB)
                                                        :
              -against-                                 :               **ORDER**
                                                        :
YANG MING MARINE TRANSPORT CORP.,    :
and EXPEDITORS INTERNATIONAL OF          :
WASHINGTON, INC.,                                       :
                                                        :
                              Defendant.    :
                                                        :
-------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        Defendant Expeditors International of Washington, Inc. ("Expeditors International) filed

its answer in this case on November 23, 2020.  (Doc. 10.)  This answer included a cross claim

against Defendant Yang Ming Marine Transport Corp. ("Yang Ming").  (*Id.*)  The deadline for

Yang Ming to respond to Expeditors International's cross claim was February 1, 2021.  (*See id.*)

To date, Yang Ming has not appeared or responded to the cross claim.  Expeditors International,

however, has taken no action to prosecute this cross claim.  Accordingly, if Expeditors

International intends to seek a default judgment it is directed to do so in accordance with Rule

4(H) of my Individual Rules and Practices in Civil Cases by no later than March 5, 2021.  If

Expeditors International fails to do so, I may dismiss this cross claim for failure to prosecute

pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:      February 5, 2021
            New York, New York

_____
Vernon S. Broderick
United States District Judge