```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
MITSUI SUMITOMO INSURANCE                                    :
COMPANY, LTD.,                                               :
                                                             :
                              Plaintiff,                     :     20-cv-8474 (VSB)
                                                             :
              -against-                                      :          ORDER
                                                             :
YANG MING MARINE TRANSPORT CORP.,                            :
and EXPEDITORS INTERNATIONAL OF                              :
WASHINGTON, INC.,                                            :
                                                             :
                              Defendant.                     :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/25/2021

<u>VERNON S. BRODERICK</u>, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

    SO ORDERED.

Dated: February 25, 2021
       New York, New York

                                              Vernon S. Broderick
                                              United States District Judge